Mail Room
APR [illegible] 2013
United States Court of Appeals
District of Columbia Circuit

THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  APR 10 2013
CLERK

UNITED STATES OF AMERICA,
          Appellee

v.                              Case No. 10-3088

EDDIE RAY KAHN
          Appellant

DEMAND FOR PROOF OF MARK DETERMAN'S
CONGRESSIONAL AUTHORITY TO REPRESENT
THE UNITED STATES OF AMERICA

---

   Comes now injured and affected party, Eddie Ray: Kahn, Defendant in Error, appearing personally, and demands that this Court require that Mark S. Determan, who has <u>inferred</u> that there is an Act of Congress that authorizes him to represent the UNITED STATES OF AMERICA, to produce the Act and the particular section of that Act, which authorizes him to represent the Appellee.

   I have repeatedly stated that I have not seen any Act of Congress that authorizes Mr. Determan to represent the UNITED STATES OF AMERICA and I do not believe that any such Act exists.

   This is a <u>jurisdictional</u> <u>challenge</u>. The U.S. Supreme Court has stated numerous times that **"jurisdiction, once challenged, must be proven"**. The Court has stated that jurisdiction cannot be <u>assumed</u> or <u>inferred</u>, which is what Mr. Determan is attempting to do.

   I am also demanding that Mr. Determan place, on the Record, a copy of the Act of Congress and identify the specific section of that Act that states which branch of government he works for. Is it the <u>Executive</u>  <u>branch</u> or <u>the</u> <u>Judicial</u> <u>branch</u>?

-1-

   The reason that I am demanding this proof is that the Judiciary Act of 1789, which created the Article III Judicial Court system, in <u>Section</u> <u>35</u> of that Act, created a <u>judicial</u> <u>office</u> to prosecute and defend on behalf of the <u>United</u> <u>States.</u> However, I have evidence that Mr. Determan works for the <u>Executive</u> branch of government. I have found <u>no</u> Act of Congress that authorizes someone from the Executive branch of government to "prosecute and defend" on behalf of the United States <u>or the UNITED STATES OF AMERICA.</u>

 Until we know the answer to that question, and the requested Acts of Congress are produced, the Demand is also Notice to this Court that it has no Congressional authority to proceed to judgment in this matter.

   I am going to reiterate, once again, that the U.S. Supreme Court has warned all Americans against <u>assuming</u> that someone claiming to act on behalf of the government is acting within the bounds of his authority. In <u>Federal Crop Ins. Corp. v. Merrill</u>, 332 U.S. 380, they stated: "**, any one entering into an arrangement with the government takes the risk of having <u>accurately ascertained</u> that he who purports to act for the government stays within the bounds of his authority**". If I am understanding the Justices correctly, they are stating that I have a <u>Right</u> and a <u>Duty</u> to verify that Mr. Determan is acting within the bounds of his authority. Is that correct? If this Court does not subscribe to that viewpoint, please so state for the Record.

Respectfully submitted,                    Date: 4-8-13

*[signature]*

Eddie Ray: Kahn
P.O. Box 630
Winton, North Carolina 27986

PROOF OF SERVICE

I hereby certify that I have placed in the Inmate Mail Box in Rivers Correctional Institution in Winton, North Carolina a copy of DEMAND FOR PROOF OF MARK DETERMAN'S CONGRESSIONAL AUTHORITY TO REPRESENT THE UNITED STATES OF AMERICA in a pre paid first class mail envelope addressed to Mark S. Determan, Department of Justice, Tax Division, P.O. Box 502, Washington, D.C. 20044 on __4-8__, 2013.

Eddie Ray: Kahn
P.O. Box 630
Winton, North Carolina 27986