UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,
    Appellee

v.

EDDIE RAY KAHN,
    Appellant

Case No. 10-3088



Eddie Ray: Kahn,
Third Party Detainee

JUDICIAL NOTICE OF THIS COURT DENYING ME DUE PROCESS OF LAW BY DENYING MY MOTION TO VACATE

Comes now Eddie Ray: Kahn, injured and aggrieved Third Party Detainee, and judicially notices this Court that I was denied Due Process of Law by this Court.

I filed a Motion to Vacate the Judgment with this Court on May 6, 2013. On September 26, 2013, almost 5 months later, the 3 judge panel assigned to adjudicate the motion denied it without any explanation. I object to that capricious ruling for the following reasons:

    1. I filed a Motion to Vacate the Judgment because Mark Determan, the attorney alleging to represent the Appellee, only rebutted one (1) of the fourteen (14) jurisdictional and constitutional averments that I made in the Appeal Brief that I submitted to this Court.

    2. The applicable maxim of law in that instance is **"Silence is Consent"**.

    3. Among other things, Mr. Determan agreed that I had never been identified by the Plaintiff/Appellee as a defendant. He also agreed that the District Court never had personal jurisdiction

over me and proceeded against me totally without Constitutional and Congressional authority.

4. Since there is no disagreement between Mr. Determan and myself on that issue, a Motion to Vacate the Judgment was entirely appropriate as there is no controversy for the Court to adjudicate.

5. According to The F.R.App.P., specifically Rule 27(a)(3), which deals with motions, it states:

"Response - (A) Time to file. Any party may file a response to a motion. Rule 27(a)(2) governs its contents. The response **must** be filed within **10 days** after service of the motion unless the court shortens or extends the time" (underlining added).

6. I never received any Order from the Court extending the time Mr. Determan had to file an objection to the Motion to Vacate, nor did I receive any document from Mr. Determan that stated he had any objection to the Motion.

7. The conclusion is that Mr. Determan agreed that I am not a defendant in Case No. 08-cr-271 and he has no objection to the judges doing their ministerial duty to acknowledge that I was not a defendant and was falsely and erroneously tried, convicted and imprisoned.

My question is: What Act of Congress authorizes the aforementioned judges to allege, by their action, that there _is_ a controversy for them to adjudicate when Mr. Determan has stated, by his lack of rebuttal, that there is none?

### RELIEF REQUESTED

I am requesting a copy of the Act of Congress that authorized these judges to arbitrarily deny my Motion to Vacate the Judgment when there is no controversy between myself and the Appellee.

Respectfully submitted,

Eddie Ray: Kahn
P.O. Box 630
Winton, North Carolina 27986

-2-

CERTIFICATE OF SERVICE

I certify that I have put the enclosed JUDICIAL NOTICE OF THIS COURT DENYING ME DUE PROCESS OF LAW BY DENYING MY MOTION TO VACATE In the first class U.S. mail, postage prepaid om October 21, 2013. It is addressed to Mark Determan, Attorney, U.S. Department of Justice, 8813 Sumner Grove Drive, Montpelier, Maryland 20708.


_____
Eddie Ray: Kahn
#18325-008
P.O. Box 630
Winton, North Carolina 27986